IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:10cv173

| | |
|---|---|
| RES-NC SETTLERS EDGE, LLC, a Florida limited liability company, ) ) ) | |
| Plaintiff, ) ) | |
| Vs. ) ) | ORDER |
| SETTLERS EDGE HOLDING COMPANY, LLC, a North Carolina limited liability company; MOUNTAIN AIR DEVELOPMENT CORPORATION, a North Carolina corporation; VIRGINIA A. BANKS, an individual; WILLIAM R. BANKS, an individual; JEANI H. BANKS, an individual; MICHAEL R. WATSON, an individual; SHEREE B. WATSON, an individual; MORRIS ATKINS in his capacity as TRUSTEE of WILLIAM A. BANKS REVOCABLE TRUST, AS AMENDED AND RESTATED; MORRIS ATKINS in his capacity as TRUSTEE of WILLIAM BANKS FAMILY IRREVOCABLE TRUST NUMBER 1; and MORRIS ATKINS in his capacity as TRUSTEE of WILLIAM BANKS FAMILY IRREVOCABLE TRUST NUMBER 2, ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. ) _____ ) | |

**THIS MATTER** is before the court on review of the pending Motion to Dismiss. After careful review of all the pleadings, the undersigned has discovered a

conflict which requires recusal. The court apologizes for the delay in its discovery of the conflict, and will instruct the Clerk of this Court to assign another magistrate judge as soon as possible.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the undersigned, respectfully, **RECUSES** himself in this case, and instructs the Clerk of Court to refer this matter to another magistrate judge as soon as is possible.

Signed: January 5, 2011

Dennis L. Howell
United States Magistrate Judge