# United States District Court
## For The Western District of North Carolina
## Asheville Division

RES-NC SETTLERS EDGE, LLC, a Florida limited liability company,

        Plaintiff(s),                JUDGMENT IN A CIVIL CASE

vs.                               1:10cv173

SETTLERS EDGE HOLDING COMPANY, LLC, et al,

        Defendant(s).

DECISION BY COURT.  This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 9/6/11 Order.

        Signed: September 6, 2011

        *Frank G. Johns*

        Frank G. Johns, Clerk
        United States District Court